UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| IN RE: |
|---|
| Antonio C. DeFreitas |

| U.S. Bank National Association, | CHAPTER 13 |
|---|---|
| VS. | CASE NO. 07-17811-WCH |
| Antonio C. DeFreitas | |

## MOTION FOR RELIEF FROM STAY

To the Honorable William C. Hillman:

U.S. Bank National Association, your moving party in the within Motion, hereby requests that the Court grant relief from the Automatic Stay imposed by 11 U.S.C. 362 and any applicable Co-debtor Stay imposed by 11 U.S.C. §1301 and respectfully represents:

1.   The movant has a mailing address of 10790 Rancho Bernardo Road, San Diego, CA 92127.

2.   The debtor, Antonio C. DeFreitas, has a mailing address of 27 Captain Simmons Road, South Yarmouth, MA 02664.

3.   On December 7, 2007, the debtor filed a petition under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts.

4.   The debtor's Chapter 13 plan has not been confirmed.

5.   The movant is the holder of a first mortgage on real estate in the original amount of $261,600.00 given by Andreia Tridico and Antonio Defreitas to Mortgage Electronic Registration Systems, Inc. on or about June 2, 2006.  Said mortgage is recorded with the Barnstable County

Registry of Deeds at Book 21107, Page 94 and covers the premises located at 27 Captain Simmons Road, South Yarmouth (Yarmouth), MA 02664.

6.      Said mortgage secures a note given by Andreia Tridico and Antonio Defreitas to WMC Mortgage Corp. in the original amount of $261,600.00.

7.      The mortgage was assigned by Mortgage Electronic Registration Systems, Inc. to the movant.

8.      The movant is aware of a Declaration of Homestead recorded on October 3, 2007.

9.      There is no other collateral securing the obligation.

10.     As of February 8, 2008, approximately $274,345.37 in principal, interest, late fees and other charges was due with regard to U.S. Bank National Association's note and mortgage.

11.     There are the following encumbrances on the property:

| Name of Creditor | Type of Lien | Amount Owed |
| --- | --- | --- |
| U.S. Bank National Association | First Mortgage | $274,345.37 |
| Chase Manhattan Mortgage | Second Mortgage | $ 65,149.00 |
| Total Secured Encumbrances: | | $339,494.37 |

12.     The pre-petition arrearage is $11,197.57.

13.     According to the debtor's schedules, the fair market value of the subject property is $323,000.00. The liquidation value of the subject property is $301,647.12, calculated as the fair market value less a reasonable realtor's fee (6%); deed stamps ($1,472.88) and anticipated costs incurred for a real estate closing of $500.00.

14.     The debtor has no equity in the property.

15.     The debtor has failed to remain current with the post-petition payments to U.S. Bank National Association.

16.     The loan is in default for the January 1, 2008 post petition payment and all payments thereafter.

17.     The total post-petition arrearage due as of February 15, 2008 is $3,893.36, excluding attorney's fees and costs. As a result of this motion, attorney's fees and costs of approximately $480.00 have accrued. This figure may increase as additional attorney's fees and costs continue to accrue.

18.     The total post-petition arrearage through the anticipated hearing on this motion would also include any additional monthly mortgage payments in the amount of $1,946.68, which payments are due on the first of every month and late charges accrue on the sixteenth of every month. The post-petition arrearage would also include any additional expenses, attorney's fees and costs that accrue from the date of the filing of this motion through the date of the hearing.

19.     The movant seeks relief from stay as a secured creditor to enforce its rights under its loan documents and applicable law. In support thereof, the movant states that it is entitled to relief as follows:

        I.      Pursuant to 11 U.S.C. 362 (d)(1) for cause on the basis that the debtor has not made post petition payments, and that the debtor has failed to provide the plaintiff with adequate protection;

        II.     Pursuant to 11 U.S.C. 362 (d)(2) on the basis that the debtor has no equity in the subject property and the property is not necessary for effective reorganization.

        WHEREFORE, the movant prays that it, and its successors and/or assigns, be granted relief from the stay for the purpose of: (i) exercising its rights under its agreements with the debtor and any co-debtors under applicable law, including, without limitation, taking possession of the mortgaged premises and/or foreclosing or accepting a deed in lieu of foreclosure of its mortgage on said premises; (ii) preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a); (iii) bringing such actions, including, without limitation, summary process proceedings, as are permissible by law; and (iv) that the Court order such other

and further relief as may be just and proper.

                    Respectfully submitted,

                    U.S. Bank National Association,
                    By its Attorney

                    /s/ Rian K. Vernon
                    Rian K. Vernon, Esquire
                    BBO# 662635
                    HARMON LAW OFFICES, P.C.
                    P.O. Box 610345
                    Newton Highlands, MA 02461-0345
                    781-292-3900

Dated: February 15, 2008

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Antonio C. DeFreitas | CHAPTER 13<br>CASE NO. 07-17811-WCH |

CERTIFICATE OF SERVICE

     I, Rian K. Vernon, Esquire, state that on February 15, 2008, I electronically filed the foregoing Motion for Relief and Proposed Order with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

John Fitzgerald, Assistant U.S. Trustee
Carolyn Bankowski, Chapter 13 Trustee
Richard D. Smeloff, Esquire for the Debtor

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

                                            /s/ Rian K. Vernon
                                            Rian K. Vernon, Esquire
                                            BBO# 662635

Antonio C. DeFreitas
27 Captain Simmons Road
South Yarmouth, MA 02664


Andreia Tridico
27 Captain Simmons Road
South Yarmouth (Yarmouth), MA 02664


Town of South Yarmouth
Tax Collector
P.O Box 1150
South Yarmouth, MA 02664

Chase Manhattan Mortgage
10790 Rancho Bernardo Rd.
San Diego, CA 92127

RKK//200711-0730/Defreitas, Antonio

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Antonio C. DeFreitas,<br><br>Debtor. | CHAPTER 13<br>CASE NO. 07-17811-WCH |

**Order Granting U.S. Bank National Association Relief
From Stay And Leave To Foreclose Mortgage**

This matter has come before the Court, and after full consideration, and no objections having been filed after proper notice, it is hereby ordered that U.S. Bank National Association, its Successors and/or Assigns, Motion for Relief From Stay is hereby granted and the stay imposed by 11 U.S.C. §362 and/or 11 U.S.C. §1301 is hereby terminated and it may proceed to foreclose or accept a deed in lieu of foreclosure of the mortgage given by Andreia Tridico and Antonio Defreitas to Mortgage Electronic Registration Systems, Inc. dated June 2, 2006 and recorded with the Barnstable County Registry of Deeds at Book 21107, Page 94 and which covers the premises located at 27 Captain Simmons Road , South Yarmouth (Yarmouth), MA 02664, and may exercise its rights under said Mortgage, including preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a), and may bring such actions, including, without limitation, summary process proceedings, as are permissible by law, all as set forth in its Motion.

_____

Honorable William C. Hillman
United States Bankruptcy Judge

200711-0730