

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN RE:

Antonio C. DeFreitas

CHAPTER 13
CASE NO. 07-17811-WCH

## OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

    Now Comes Chase Home Finance, LLC as servicer for U.S. Bank National Association as Trustee ("Chase") and files its objection to the Debtor's Chapter 13 Plan. In support of its objection, Chase states as follows:

1. Chase is the holder of the first mortgage on the debtor's property located 27 Captain Simmons Road , South Yarmouth (Yarmouth), MA.

2. The mortgage to Chase is in default with a pre-petition arrearage of $11,195.57.

3. The debtor's Chapter 13 Plan provides for the payment of $8,000.00 in pre-petition arrears to Chase, however, fails to specify which mortgage the arrears apply to.

4. Thus, the debtor's plan fails to provide for the payment of Chase's entire pre-petition arrearage.

    WHEREFORE, Chase respectfully requests that the Court deny confirmation of the debtor's Chapter 13 Plan or for such other relief as the Court deems just and proper.

    Respectfully submitted,

/s/ Richard T. Mulligan
Richard T. Mulligan, Esquire
BBO# 567602
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
617-558-0500

Dated: January    8    , 2008

RTM//200711-0730/Defreitas, Antonio

2/20/2008    Based upon Debtor's response, debtor is directed to file an amended plan within three weeks.