UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Antonio C. DeFreitas,<br><br>Debtor. | CHAPTER 13<br>CASE NO. 07-17811-WCH |

### Order Granting U.S. Bank National Association Relief From Stay And Leave To Foreclose Mortgage

This matter has come before the Court, and after full consideration, and no objections having been filed after proper notice, it is hereby ordered that U.S. Bank National Association, its Successors and/or Assigns, Motion for Relief From Stay is hereby granted and the stay imposed by 11 U.S.C. §362 and/or 11 U.S.C. §1301 is hereby terminated and it may proceed to foreclose the mortgage given by Andreia Tridico and Antonio Defreitas to Mortgage Electronic Registration Systems, Inc. dated June 2, 2006 and recorded with the Barnstable County Registry of Deeds at Book 21107, Page 94 and which covers the premises located at 27 Captain Simmons Road, South Yarmouth (Yarmouth), MA 02664, and may exercise its rights under said Mortgage,

and may bring such actions, including, without limitation, summary process proceedings, as are permissible by law,



Honorable William C. Hillman
United States Bankruptcy Judge

200711-0730

7